UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:16-CR-308-1BO(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| TAVARES LAJUANE GRAHAM, | ) | |
| Defendant | ) | |

Upon motion of counsel for Defendant and for good cause shown, it is hereby **ORDERED** that counsel's Motion to Withdraw as Attorney of Record is **GRANTED**.

Finding good cause, **IT IS FURTHER ORDERED** that Stephen E. Webb, II be allowed to withdraw as counsel of record.

**IT IS FURTHER** ordered that the Federal Public Defender's Office is directed to appoint new counsel for the defendant.

This 2 day of February, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE